UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                            CASE NO.  3:01cr50LAC

PAULA WOODS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    February 28, 2008
Motion/Pleadings:  REQUEST FOR APPOINTED COUNSEL and REQUEST TO PROCEED WITH CONSIDERATION (as a result of the Amended Guideline Range effective 11/1/07)
Filed by  DEFENDANT PRO SE    on 2/21/08    Doc.# 39

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)    Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 1st day of April, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) The defendant was sentenced as a career criminal. The defendant is not affected by Amendment 706 because of the impact of the Career Offender provision and the fact she was facing a statutory minimum mandatory term of Life imprisonment as to Count I.*

                                                      *s/L.A. Collier*
                                                 ***LACEY A. COLLIER***
                             *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.